# Claims Proposed Distribution

## Case: 04-31345   COLLINS, JEFFREY A

| Case Balance: | $10,036.41 | Total Proposed Payment: | $10,036.41 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | David E. Rice, Chapter 7 Trustee <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,754.80 | 1,754.80 | 0.00 | 1,754.80 | 1,754.80 | 8,281.61 |
| B | David E. Rice, Chapter 7 Trustee <2200-00  Trustee Expenses> | Admin Ch. 7 | 45.23 | 45.23 | 0.00 | 45.23 | 45.23 | 8,236.38 |
| 1 | MMCA | Secured | 16,469.41* | 0.00 | 0.00 | 0.00 | 0.00 | 8,236.38 |
| 2 | GE Money Bank | Unsecured | 549.40 | 549.40 | 0.00 | 549.40 | 549.40 | 7,686.98 |
| 2I | GE Money Bank | Unsecured | 41.57 | 41.57 | 0.00 | 41.57 | 5.36 | 7,681.62 |
| 3 | Discover Bank/Discover Financial Services | Unsecured | 557.24 | 557.24 | 0.00 | 557.24 | 557.24 | 7,124.38 |
| 3I | Discover Bank/Discover Financial Services | Unsecured | 42.16 | 42.16 | 0.00 | 42.16 | 5.44 | 7,118.94 |
| 4 | T-Mobile USA, Inc. | Unsecured | 395.43 | 395.43 | 0.00 | 395.43 | 395.43 | 6,723.51 |
| 4I | T-Mobile USA, Inc. | Unsecured | 29.92 | 29.92 | 0.00 | 29.92 | 3.86 | 6,719.65 |
| 5 | First National Credit Card Center | Unsecured | 2,669.07 | 2,669.07 | 0.00 | 2,669.07 | 2,669.07 | 4,050.58 |
| 5I | First National Credit Card Center | Unsecured | 201.95 | 201.95 | 0.00 | 201.95 | 26.06 | 4,024.52 |
| 6 | BMW Bank of North America | Unsecured | 3,985.61 | 3,985.61 | 0.00 | 3,985.61 | 3,985.61 | 38.91 |
| 6I | BMW Bank of North America | Unsecured | 301.57 | 301.57 | 0.00 | 301.57 | 38.91 | 0.00 |
| BOND | MRSC <2300-00  Bond Payments> | Admin Ch. 7 | 11.54 | 11.54 | 11.54 | 0.00 | 0.00 | 0.00 |
| | Total for Case 04-31345 : | | $27,054.90 | $10,585.49 | $11.54 | $10,573.95 | $10,036.41 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,811.57 | $1,811.57 | $11.54 | $1,800.03 | 100.000000% |
| Total Secured Claims : | $16,469.41 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $8,773.92 | $8,773.92 | $0.00 | $8,236.38 | 93.873434% |

(*) Denotes objection to Amount Filed